**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Rebecca Dillard,<br>Plaintiff, | ) ) | |
| | ) | No. 24 CV 50136 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Smoking Grill & Pizzeria, LLC,<br>Defendant. | ) ) | |

**ORDER**

Before the Court is Magistrate Judge Iasparro's Report and Recommendation that Plaintiff's motion for a default judgment be granted as modified, and that judgement be entered in Plaintiff's favor. Dkt. 91. According to the docket, Defendant was originally represented by counsel; after counsel withdrew, Judge Iasparro warned Defendant that it must obtain new counsel or face entry of an order of default. Defendant never obtained counsel, and the clerk entered an order of default. Plaintiff then filed a motion for a default judgment, and during a prove-up hearing and in supplemental briefing, established compensatory damages of $9,100 in back pay, $50,000 in emotional distress resulting from racial and sexual harassment, $9,009 in attorneys' fees, $470 in costs, for a total of $68,579. Judge Iasparro also recommends an award of post-judgment interest as governed by 28 U.S.C. § 1961. The Court has carefully reviewed the Report and Recommendation and finds Judge Iasparro's recommended award to be well-supported by the record. Judge Iasparro gave both sides to 9/22/2026 to object, but to date neither side has objected. The Court notes that although several court orders mailed to Defendant's registered agent were returned as undeliverable, including the Report and Recommendation, Defendant knew about this case and so could follow the docket, never provided updated contact information, never designated any other registered agent on the Secretary of State's website, was warned what would happen if it did not hire counsel to participate further in this case, and under Fed. R. Civ. P. 5(a)(2) is not entitled to service. Because Judge Iasparro's recommendation is well-supported, and in the absence of any objection, the Court accepts the Report and Recommendation [91], grants the motion for default judgment [71] as modified by Judge Iasparro's recommendation, and enters judgment in the total amount of $68,579, plus awards post-judgment interest as governed by 28 U.S.C. § 1961. Judgment shall enter. Civil case terminated.

Date: September 30, 2026

By: ______________________________
Iain D. Johnston
United States District Judge